August 9, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

UNIVERSAL MRI AND DIAGNOSTICS INC., Appellant

NO. 14-15-00420-CV                    V.

MEDICAL LIEN MANAGEMENT INC.  D/B/A BRIDGEWELL, Appellee

_____

We reverse the trial court's judgment of liability for fraud and its awards of damages for fraud.  We affirm the trial court's judgment of liability and awards of damages and costs for breach of contract.  We reverse the trial court's judgment for money had and received and the awards of attorneys' fees, and we remand the case to the trial court for further proceedings.

We order appellant, Universal MRI and Diagnostics Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.